JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN BENNETT, | No. SA CV 12-644-GAF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RON BARNES, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: May 26, 2013

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**